```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ALISHA ANN-MARIE HYLTON,                                    :
                                                            :
                              Plaintiff,                    :
                                                            :       19-CV-662 (VSB)
                      -against-                             :
                                                            :              ORDER
HÄSTENS BEDS, INC. et al.,                                  :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

        Pro se Plaintiff initiated this employment discrimination action on January 23, 2019. (Doc. 2.) On June 10, 2019, Defendants filed an answer, which included twenty-four affirmative defenses. (Doc. 16.) On March 9, 2021, pro se Plaintiff filed a document regarding her consent to receive electronic service through the ECF system. (Doc. 75.) On April 9, 2024, I issued an Opinion & Order denying (1) Plaintiff's motion to strike all of Defendants' affirmative defenses, (Doc. 30), and (2) Plaintiff's appeal of two discovery-related decisions of Magistrate Judge Kevin Nathaniel Fox, (Doc. 70). (Doc. 76.) On April 12, 2024, Defendants filed a letter requesting a post-discovery conference because discovery had closed. (Doc. 77.)

        On April 29, 2024, Plaintiff filed a letter-motion for reconsideration of my April 9, 2024 Opinion & Order. (Doc. 78.) Defendants opposed on May 13, 2024. (Doc. 79.) On May 15, 2024, Plaintiff requested (1) "an extension of the deadline for Motion for Reconsideration" and (2) "for the right to appeal." (Doc. 80.)

        On April 8, 2025, I issued an order directing Plaintiff to file a reply brief in support of her letter-motion for reconsideration. (Doc. 81.) I warned her that if she failed to do so that I "may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*

at 2.)  I also noted that that "Plaintiff has not otherwise indicated for almost a year, either to this Court or to Magistrate Judge Jennifer E. Willis, an intent to prosecute this litigation." (*Id.* at 2 n.2.)  Plaintiff has failed to file a reply, request an extension, or otherwise indicate any intent to prosecute this case.

Accordingly, it is hereby:

ORDERED that this action is dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:   April 24, 2025
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge